UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD ERIC ANDERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. MJ07-72 <br><br> DETENTION ORDER |

Offenses charged:

Counts 1 through 5:  Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2.

Date of Detention Hearing:   March 22, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has an extensive history of Failures to Appear for required court appearances.

(2) Defendant has an extensive history of failures to cooperate and comply with the terms of his supervised release.  This reflects either an unwillingness or an inability of defendant to comply with terms of supervision and court orders.

(3) Defendant has an on-going serious substance abuse problem.

      (4)      There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight or danger to the community.

      IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of March, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91